IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03379-PAB-MJW

SAFDAR LILAK,

Plaintiff,

v.

TAKEDA PHARMACEUTICAL NORTH AMERICA, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion Rule 12(e) Amended Pleadings-Complaint-Declaration (Docket No. 39) is DENIED for failure to comply with D.C.COLO.LCivR 15.1(b).  The court notes that plaintiff's pro se status does not entitle him to application of different rules.  <u>Wells v. Krebs</u>, 2010 WL 3521777, at *2 (D. Colo. Sept. 1, 2010).

Date: June 11, 2014